Jo Dale Carothers, SBN 228703
jcarothers@weintraub.com
Eric A. Caligiuri, SBN 260442
ecaligiuri@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone: 415.433.1400
Facsimile: 415.433.3883

Attorneys for Plaintiff
Applied Optoelectronics, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ACCELIGHT TECHNOLOGIES, INC., <br><br> Defendant. | Case No.: 4:24-cv-09041-HSG <br><br> **ORDER GRANTING APPLIED OPTOELECTRONICS, INC.'S UNOPPOSED MOTION FOR LEAVE TO APPEAR REMOTELY AT CASE MANAGEMENT CONFERENCE AND HEARING ON PARTIAL MOTION TO DISMISS (as modified)** <br><br> Date:  April 17, 2025 <br> Time:  1:00 p.m. <br> Dept:  4th Floor, Courtroom 2 |

Having considered Plaintiff Applied Optoelectronics, Inc.'s request to appear telephonically at the Case Management Conference and Hearing on Partial Motion to Dismiss, and finding that good cause exists, the Court grants the request as modified. Jo Dale Carothers, Counsel for Plaintiff, may appear via Zoom at the Case Management Conference and Hearing on Partial Motion to Dismiss, which is set for April 17, 2025, at 1:00 p.m., in the courtroom of the Honorable Haywood S. Gilliam, Jr., Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California 94162. The CRD will e-mail counsel the Zoom dial-in information.  Counsel is required to join at least 15

//

//

//

minutes before the hearing to check-in with the CRD.

Dated: 4/15/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge