UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC., | Case No. 24-cv-09041-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| ACCELIGHT TECHNOLOGIES, INC., | |
| Defendant. | |

A case management conference was held on April 22, 2025. Having considered the parties' proposals, *see* Dkt. No. 29, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Infringement Contentions and Corresponding Document Production | 4/15/2025 |
| Invalidity Contentions and Corresponding Document Production | 5/30/2025 |
| Exchange of Proposed Terms for Claim Construction | 6/13/2025 |
| Deadline to Amend Pleadings and Joint Other Parties | 6/23/2025 |
| Exchange Preliminary Constructions and Produce Extrinsic Evidence | 7/7/2025 |
| Damages Contentions | 7/22/2025 |
| Joint Claim Construction and Prehearing Statement | 730/2025 |
| Claim Construction Discovery Cut-Off | 8/29/2025 |
| Plaintiff's Opening Claim Construction Brief | 9/16/2025 |
| Defendant's Responsive Claim Construction Brief | 9/30/2025 |

| Plaintiff's Reply Claim Construction Brief | 10/7/2025 |
| --- | --- |
| Technology Tutorial | 10/17/2025, at 10:00 AM |
| Claim Construction Hearing | 10/31/2025, at 10:00 AM |

These dates may only be altered by order of the Court and only upon a showing of good cause.

The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    4/23/2025

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge