UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Applied Optoelectronics, Inc.<br><br>Plaintiff(s)<br>v.<br><br>Accelight Technologies, Inc.<br><br>Defendant(s) | CASE No C 4:24-cv-09041-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation via JAMS, AAA or similar depending on the selected and agreed upon mediator; Plaintiff requests a mediation deadline of August 31, 2025; Defendant requests a deadline of Jan 31, 2026 following claim construction and the filing of IPRs challenging the validity of one or more asserted patents so that a more meaningful discussion of the merits of the case can be had at mediation.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: Please see above

Date: April 29, 2025     /Jo Dale Carothers/
                          Attorney for Plaintiff

Date: April 29, 2025     /Robert F. McCauley/
                          Attorney for Defendant

---

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

The parties are to hold the ADR session by January 31, 2026.

DATE:   5/1/2025

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*