Jo Dale Carothers, SBN 228703
jcarothers@weintraub.com
Eric A. Caligiuri, SBN 260442
ecaligiuri@weintraub.com
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN**
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone: 415.433.1400
Facsimile: 415.433.3883

Attorneys for Plaintiff
Applied Optoelectronics, Inc.

Robert F. McCauley (SBN 162056)
rmccauley@perkinscoie.com
Arpita Bhattacharyya (SBN 316454)
abhattacharyya@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Dr.
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Accelight Technologies, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Applied Optoelectronics, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Accelight Technologies, Inc., <br><br> Defendant. | **Case No.: 4:24-cv-09041-HSG** <br><br> **STIPULATION SUPPORTING ACCOMPANYING PROPOSED ORDER TO STAY PENDING IPR INSTITUTION DECISIONS** |

Plaintiff Applied Optoelectronics, Inc. ("AOI") and Defendant Accelight Technologies, Inc. ("Accelight"), having previously filed a Joint Administrative Motion to Stay this Action Pending Institution of IPRs, and having participated in a Case Management Conference on October 7, 2025, hereby stipulate as follows and in support of the proposed order to stay this action accompanying this stipulation, which the parties respectfully request be entered by the Court:

In this action, AOI has asserted six patents against Accelight. On September 25, 2025, Accelight filed an IPR petition in IPR2025-01570 challenging the patentability the asserted claims of U.S. Patent No. 10,788,690 ("the '690 patent"), one of the patents asserted against Accelight in this case. Along with that IPR petition, Accelight filed a Motion for Joinder of an IPR petition

against the same '690 patent previously filed by Cambridge Industries USA ("Cambridge"), on which the PTAB issued a decision to institute trial on August 26, 2025. AOI has asserted the same '690 patent and other patents against Cambridge in another court in this district, *Applied Optoelectronics, Inc. v. Cambridge Industries USA, Inc.*, Case No. 3-24-cv-01010, and on April 4, 2025, Judge Donato stayed that case in view of IPRs that Cambridge had filed on the '690 patent and other patents. *See id.* at ECF No. 41. AOI's district court case against Cambridge remains stayed.

On September 26, 2025, Accelight filed two IPR petitions against the asserted claims of two more of the patents asserted in this action, specifically IPR2025-01566, which challenged the patentability of U.S. Patent No. 10,042,116, and IPR2025-01567, which challenged the patentability of 10,379,301.

Accelight also plans to file this week an IPR petition challenging asserted patent U.S. Patent No. 9,448,367, and has agreed to file an IPR petition challenging U.S. Patent No. 9,523,826 by November 4, 2025.

Dated: October 8, 2025          WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN

                                By:   */s/ Jo Dale Carothers*

                                      Attorneys for Plaintiff
                                      Applied Optoelectronics, Inc.

Dated: October 8, 2025          PERKINS COIE LLP

                                By:   */s/ Robert F. McCauley*

                                      Attorneys for Defendant
                                      Accelight Technologies, Inc.

**ATTESTATION**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Robert McCauley. Pursuant to Civ. L.R. 5-1(i)(3), by his signature, Mr. McCauley attests that he has obtained concurrence in the filing of this document from each of the attorneys identified on the caption page and in the above signature block.

Dated: October 8, 2025          PERKINS COIE LLP

                                By:   */s/ Robert F. McCauley*

                                Attorneys for Defendant
                                Accelight Technologies, Inc.