UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Applied Optoelectronics, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Accelight Technologies, Inc., <br><br> Defendant. | **CASE NO. 4:24-cv-09041-HSG** <br><br> **ORDER AS MODIFIED GRANTING JOINT ADMINISTRATIVE MOTION TO STAY PENDING IPR INSTITUTION DECISIONS (REVISED FOLLOWING CASE MANAGEMENT CONFERENCE)** |

The Court having reviewed the parties' Joint Administrative Motion to Stay Pending IPR Institution Decisions, convened a Case Management Conference to discuss same on October 7, 2025, and reviewed the parties' stipulation supporting this proposed order,

**IT IS HEREBY ORDERED THAT:**

The parties' Joint Administrative Motion to Stay Pending IPR Institution Decisions is **GRANTED**. Dkt. No. 56. Having considered the relevant factors in their entirety, the Court finds in its discretion that a stay of this case pending the institution decisions on Accelight's IPR petitions is warranted. Accordingly, the Court **GRANTS** the parties' joint motion to stay pending decisions by the USPTO concerning whether to institute Accelight's IPR petitions. Within seven days of the issuance of <u>each</u> of the USPTO's decisions on whether to institute IPRs on the petitions challenging the '690, '301, '116, '367, and '826 Patents, the parties shall file a joint status report of no more than one page, without any argument, simply notifying the Court of the decision and attaching a copy.

Once it reviews that report, the Court will decide whether to lift or continue the stay, which remains in place unless and until otherwise ordered.

**THE PARTIES ARE ORDERED** to file a joint status report every six months from the date of this order to update the Court on the status of the IPR proceedings and any appeals therefrom.  This order terminates Dkt. No. 52.

**IT IS SO ORDERED.**

Dated:  October 9, 2025

Honorable Haywood S. Gilliam, Jr
United States District Court Judge
Northern District of California