Jo Dale Carothers, SBN 228703
jcarothers@weintraub.com
Eric A. Caligiuri, SBN 260442
ecaligiuri@weintraub.com
**WEINTRAUB TOBIN CHEDIAK
COLEMAN GRODIN**
LAW CORPORATION
475 Sansome Street, Suite 510
San Francisco, CA 94111
Telephone: 415.433.1400
Facsimile: 415.433.3883

*Attorneys for Plaintiff
Applied Optoelectronics, Inc.*

Robert F. McCauley SBN 162056
RMcCauley@perkinscoie.com
Arpita Bhattacharyya SBN 316454
ABhattacharyya@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Defendant
Accelight Technologies, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| APPLIED OPTOELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ACCELIGHT TECHNOLOGIES, INC., <br><br> Defendant. | CASE NO. 4:24-cv-09041-HSG <br><br> **PARTIES' UPDATED JOINT STATUS REPORT ON PTAB'S DECISION ON IPRs AND JOINT REQUEST TO CONTINUE STAY OF THIS ACTION** |

Pursuant to this Court's Order as Modified Granting Joint Administrative Motion to Stay Pending IPR Institution Decisions (Dkt. 57), the parties hereby jointly report that since the parties' last joint report on IPRs (Dkt. 58), the Patent Trial and Appeal Board (PTAB) instituted trial on Defendants' IPRs on three of the patents-in-suit and discretionarily and summarily denied without comment Defendant's IPR on another patent-in-suit.

More specifically:

The PTAB instituted trial on Defendants' IPRs on the following three U.S. patents-in-suit: No. 10,042,116 (IPR2025-01566); No. 10,379,301 (IPR2025-01567); and No. 10,788,690 (IPR2025-01570). The PTAB's Notice of Decisions on Institution for these three IPRs is attached as Exhibit A.

The PTAB also summarily denied without comment institution on Defendants' IPR2025-00093 challenging U.S. Patent No. 9,523,826. Defendant will file a request for ex parte reexamination of that '826 patent. A copy of the PTAB's Notice of Decisions on Institution for this '826 IPR is attached as Exhibit B.

As reported in the parties' last joint report (Dkt. 58), the PTAB previously denied without comment institution on Defendants' IPR2025-00093 challenging U.S. Patent No. 9,448,367. Defendant or its co-petitioner will file a request for ex parte reexamination of that '367 patent.

Given the above, the parties jointly request that the Court continue the stay in this case until the PTAB issues Final Written Decisions on the IPRs challenging the '116, '301 and '690 patents.

Respectfully submitted,

Dated: March 19, 2026                    PERKINS COIE LLP


By:    /s/ Robert F. McCauley
       Robert F. McCauley

       Attorneys for Defendant
       Accelight Technologies, Inc.

Dated: March 19, 2026                    WEINTRAUB TOBIN CHEDIAK
                                         COLEMAN GRODIN


By:    /s/ Eric A. Caligiuri
       Eric A. Caligiuri

       Attorneys for Plaintiff
       Applied Optoelectronics, Inc.

**ATTENTION OF E-FILED SIGNATURE**

I, Robert F. McCauley, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: March 19, 2026

       /s/ Robert F. McCauley
       Robert F. McCauley